**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     David Van Velzer v. ZB, National Association d/b/a Amegy Bank, and
                         as successor by merger, and Fred Hilton

Appellate case number:   01-19-00161-CV

Trial court case number: 2018-53341

Trial court:             234th District Court of Harris County

Date motion filed:       December 4, 2019

Party filing motion:     Appellant


        It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                        Acting for the Court

Panel consists of:  Justices Kelly, Hightower, and Countiss.

Date:   __December 17, 2019___